**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Arnoldo Avita GAMBOA, a/k/a
Angel Martinez, a/k/a Tony,
Defendant-Appellant.**

No. 17-6356

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2017

Decided: June 27, 2017

Arnoldo Avita Gamboa, Appellant Pro Se. Gary L. Call, Joshua Clarke Hanks, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnoldo Avita Gamboa appeals the district court's order denying his Fed. R. Crim. P. 52(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gamboa*, No. 2:08-cr-00151-2 (S.D.W. Va. Mar. 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*